ACCEPTED
01-15-00876-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 1:04:32 PM
CHRISTOPHER PRINE
CLERK

# ELAINE S. MICHAEL
## Attorney, Mediator, Counselor
316 East Edgewood Drive
Friendswood, Texas 77546
esmatlaw@yahoo.com

Office (281) 993-0700

Facsimile (281) 993-0747

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 1:04:32 PM
CHRISTOPHER A. PRINE
Clerk

October 20, 2015

Re: Cause Number CV0074291/ 01-15-00876-CV ; *In the Matter of Kerry D. James vs. Jason Paul Minter D/B/A Auto Snatch*

This is Notice that fees have been paid for the appeal on the above referenced cause number.

Very truly yours,

ELAINE S. MICHAEL
316 E. Edgewood Drive
Friendswood, TX 77546
Phone: 281-993-0700
Fax: 281-993-0747

/